## SCARSDALE NATIONAL BANK AND TRUST COMPANY *v.* ROBERT A. SCHMITZ ET AL.
### (11990)

O'CONNELL, HEIMAN and FREEDMAN, Js.

Argued April 4—decision released April 26, 1994

*Robert A. Schmitz,* pro se, with whom was *Marion B. Schmitz,* pro se, the appellants (named defendant et al.).

*Ellery E. Plotkin,* for the appellee (plaintiff).

*John F. Lambert,* with whom was *Thomas F. Hartch,* for the appellees (defendant Deutsche Bank Compagnie Financiere Luxembourg, S. A., et al.).

PER CURIAM. The judgment is affirmed.